**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L Phillips,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | No. CV-21-00975-PHX-GMS (ESW)<br><br>**ORDER** |

On November 7, 2022, the Court sent Plaintiff an Order at his address of record on file (Doc. 22). The Order was returned to sender with the notation: "Return to Sender/Refused/Unable to forward" and "Released." (Doc. 24). In the Court's Order of February 17, 2022, Plaintiff was instructed and warned that he "must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action." (Doc. 13 at 8). No notice of change of address has been filed as of the date of filing this Order.

IT IS ORDERED that Plaintiff show cause no later than **December 14, 2022** why his case should not be dismissed for failure to (i) file a notice of change of address as ordered by the Court and (ii) prosecute his case.

Dated this 1st day of December, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge